FILED

04/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0598

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0598

_____

TWO RIVERS APARTMENTS, LLLP,

     Plaintiff and Appellant,

    v.

AULTCO CONSTRUCTION, INC., OLD
WORKS, INC., d/b/a AULTCO
CONSTRUCTION, INC.,

     Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2020